Western Iron Company, v. John J. Brittain and Milton
B. Bushnell, Plaintiffs in Error.
In the Matter of the Petition of Joel C. Carlson to
enforce Attorney's Lien, Defendant in Error.

Gen. No. 22,044.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY OLSON, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed May 31, 1917.

### Statement of the Case.

Petition by Joel C. Carlson, to enforce his attorney's lien against John J. Brittain and Milton B. Bushnell, who were defendants in a suit against them by the Western Iron Company, a corporation. To reverse a judgment for petitioner for $175 against defendant Bushnell, this writ of error is prosecuted.

WALTER A. LANTZ, for plaintiffs in error.

JOEL C. CARLSON, *pro se.*

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

**1. APPEAL AND ERROR,** § 1193*—*what is effect of stipulation on questions reviewable.* Where, on a hearing before the court, the parties expressly stipulate the questions to be decided, on a writ of error to reverse the judgment other questions are not properly before the Appellate Court.

**2. COURTS,** § 69*—*when plea to jurisdiction is waived.* A plea to the jurisdiction is waived by defendant by filing his answer and contesting the case on the merits.

**3. ATTORNEY AND CLIENT**—*what services are subject of attorney's lien.* On a petition by plaintiff's attorney to enforce an attorney's lien against defendants, the amount which may be claimed is not limited to the fee for services rendered in obtaining the judgment, but may also include services rendered during the ninety-day period in which the execution was stayed by the filing of a stay bond by defendants, which services looked to the payment of the judgment.

**4. ATTORNEY AND CLIENT,** § 127*—*when judgment for attorney's fees is not excessive.* On a petition by plaintiff's attorney to enforce his attorney's lien against defendants, a judgment for petitioner for $175, *held* not excessive in view of the services rendered.